FILED

OCT 0 7 2026

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | 4:26-cr-483-ZMB/SPM |
| SHIRLEY WOMACK, | ) | |
| Defendant. | ) | |

**INDICTMENT**

The Grand Jury charges that:

**COUNT 1**
**(18 U.S.C. § 115(a)(1)(B): Influencing Federal Official by Threat)**

On or about June 26, 2026, in the Eastern District of Missouri, the defendant,

**SHIRLEY WOMACK,**

did threaten to assault and murder J.W., an employee of the United States Social Security Administration, with the intent to impede, intimidate, and interfere with J.W. while J.W. was engaged in the performance of J.W.'s official duties and with the intent to retaliate against J.W. on account of the performance of J.W.'s official duties,

All in violation of Title 18, United States Code, Section 115(a)(1)(B).

A TRUE BILL.

________________________
FOREPERSON

THOMAS C. ALBUS
United States Attorney

________________________
JOLENE TAAFFE #56946MO
Special Assistant United States Attorney